CHANCY W. BOVEE et al., Respondents, v. STATE OF NEW YORK, Appellant. (Claim No. 39810.) — AULISI, J.

1166

Gibson, P. J., Herlihy, Reynolds, Aulisi and Staley, Jr., JJ., concur in memorandum by Aulisi, J. [47 Misc 2d 1019.]